15-CV-425 (EAW)

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT FILED MAY 8 2015 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff: NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. DEMETRIUS MCCRAY DIN; prisoner number: 07B3581
2. 

**-VS-**

**B. Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. pursuant to this section there are more 4. Than Six defendants, in and/or
2. A First claim, A Second claim, A Thired claim 5. As ahole / or As a Governmental Entity,
3. Officer/or employee, so This section 6. had to be continued on another sheet of paper That indecate all The above infromation need, and Forementioned.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: DEMETRIUS MCCRAY ; DIN: 07B3581

Present Place of Confinement & Address: UPSTATE CORRECTIONAL FACILITY, P.O. BOX 2001 MALONE, NEW YORK 12953

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Pursuant to Fed R.Civ P.10(a) all the Forementiond Defendants

(If applicable) Official Position of Defendant: in Claim 1, and There official position are attached on seperate sheet

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: ______

Name of Defendant: Pursuant to Fed R.Civ P.10(a) all the Forementiond Defendants in

(If applicable) Official Position of Defendant: Claim 2, and There official position are attached on separate sheet

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: ______

Name of Defendant: Pursuant to Fed R.Civ.P.10(a) all the Forementiond Defendants in

(If applicable) Official Position of Defendant: Claim 3, and There official position are attached on seperate sheets

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: ______

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes ✓ No ■

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): PRO-se Defendant Demetrius McCray DIN:07B3581

Defendant(s): The Hon. Frank A. Sedita, III, District Attorney of Erie county Michael J. Hillery, ESQ of counsel Attorney for the people

2. Court (if federal court, name the district; if state court, name the county): Erie County Court Building 25 Delaware Avenue, Buffalo, New York). The appellate Division of Supreme Court, Fourth Department.

3. Docket or Index Number: ind: 2006-00711; — Docket Num: 14-00683-07-02438)

4. Name of Judge to whom case was assigned: The Hon. SheilA A. DiTullio of Erie county supreme court, and The Hon. Fahey, Associate Judge of The appellate Division Fourth Department,

5. The approximate date the action was filed: Between 2012, and Feb. 21, 2014

6. What was the disposition of the case? requesting relife sought For violation of Fed, state constutional rights, only right to Further perfect any appeal /or cpl 440. motion

Is it still pending? Yes X No X

If not, give the approximate date it was resolved. June 30, 2014

Disposition (check the statements which apply):

X Dismissed (check the box which indicates why it was dismissed):

X By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

___ By court for failure to exhaust administrative remedies;

___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

___ By court due to your voluntary withdrawal of claim;

X Judgment upon motion or after trial entered for

✓ plaintiff

X defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s):____________________

Defendant(s):____________________

2. District Court:____________________
3. Docket Number:____________________
4. Name of District or Magistrate Judge to whom case was assigned:____________________

5. The approximate date the action was filed:____________________
6. What was the disposition of the case?

Is it still pending? Yes____ No____

If not, give the approximate date it was resolved.____________________

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to exhaust administrative remedies;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff

____ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) pursuant to Fed R. Civ P, 10 (a),

defendant (give the **name and position held** of **each defendant** involved in this incident) separte sheets purtaining to all the requested information under this questioner, in reference to first claim are on separte sheet.

did the following to me (briefly state what each defendant named above did): attached lor inclosed Therein

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Same as above better exspliand on The separte Page

The relief I am seeking for this claim is (briefly state the relief sought): Same as above better exspliand on The separte page.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? X Yes ____ No If yes, what was the result? same as above better exspliand on The separte page

Did you appeal that decision? X Yes ____ No If yes, what was the result? Same as above better exspliand on The separte page

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Same as above better exspliand on The separte page and lor Documents attached There in. This packet.

**A. SECOND CLAIM:** On (date of the incident) pursuant to Fed R. Civ. P. 10 (a),

defendant (give the **name and position held** of **each defendant** involved in this incident) separte sheets purtaining to all the requested information under this questioner, in reference to the second, and addtional Threrd cliam are on separte sheet attached, lor inclosed Therein.

did the following to me (briefly state what each defendant named above did): ______

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Same as above better exsplland on The separte page

The relief I am seeking for this claim is (briefly state the relief sought): Same as above better exspliand on The separte page.

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? X Yes ___ No If yes, what was the result? Same as above better exspiiand on The separte page

Did you appeal that decision? X Yes ___ No If yes, what was the result? same as above better exspliand on The separte page

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: Same as above better exspliand on The separte page and/or Documents attached Therein This packet

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

**6. RELIEF SOUGHT**

*Summarize the relief requested by you in each statement of claim above.*

The relief sought, is attached to each and additional claim. First cliam, second cliam, Thired cliam, on /or There in all the Forementiond Documents attached therein These relife request.

Do you want a jury trial? Yes ✓ No ___

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 4 - 21 - 2015
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Demetrius McCray DIN 07B3581 (pro-se)

Signature(s) of Plaintiff(s)

Demetrius McCray
PRO-SE pliatiff
07B3581

Sworn to before me This Day of
4-21-15

Marisol Caban
NOTary public

Marisol Caban
Notary Public State of New York
New York State No. 01CA6316348
County of Franklin
My Commission Expires on 12/15/2019

pursuant to Fed R. Civ P. 10 (a) the Full name (s) of all parties /or Defendant(s) must appear in The caption. (However) do to all The Forementiond if There are more Than Six Defendants, you may continue This section on another sheet of paper and indicate below on The First page of The Form To Be used in Filing A complaint under The civil Rights act 42U.S.C. 1983 prisoner Complaint Form.

section (B): Full name (s) of Defendant (s) As A hole /or As A Governmental Entity, officer /or Employee /or Any and all personal envolved Therein my A. First claim pursuant to the day of June 27, 2006 June 28, 2006 /or Forementiond Below,

THE City OF Buffalo
Homocide Bureau
Buffalo Police Department
74 Franklin Street,
Buffalo, New York 14202-4099
"(Detective Mark J. Lauber)"
"(Detective William Donovan)"
"(NYS Jim Bezio of The Investigator Generals Office)"

State of New York
Department of Correction
and Community supervision
The Harriman State campus, Buildn 2)
1220 washington avenue
Albany new york 12226
"(Acting commisioner, Anthony J. Annucci)"

CHateaugay alcohol substance abuse
Comprehensive Treatment center
7874 State Rt. 11, P.O.BOX 320
Chateaugay 12920-0320
superintendant; John Demars
And a l Dept. OF security and/or
personal working on The Date OF
June 27, 2006, June 28, 2006).

upstate Correctional Facility
309 Bare Hill Rd., PO BOX 2000, /or
Malone. 12953

UPSTATE CORRECTIONAL FACILITY
P.O.BOX 2001
MALONE, NEW YORK 12953

superintendant; David Rock
and/or any personal working
The date OF June 27, 2006, June 28
2006, envolved in The incedent.

Troop B Head quarter
Troop B Zone 1
Malone Station
3909 State Rt. 11,
Malone 12953
"(Investigator peter Arcadi)"

THE Erie county Holding center
40 Delaware ave
BUFFalo N.Y 14202
"(The Dept OF security)"
"(The superintendant)"
and/or any personal /or Dept
envolved in The inciedent on
The Day OF June 27, 2006, June
28, 2006).

section (B): Full name(s) OF Defendant(s) AS A hole lor AS A Governmental Entity, OFFicer lor Employee lor any and all personal envolved Therein my A. seconD Claim purtiaing to the date OF NOV. 7, 2007, Forementiond below AS A Governmental Entity OFFicer /or Employee,

THE City OF BuFFalo Supreme Court
Erie county supreme court
25 Delaware Avenue
BuFFalo N.Y 14202

"(The Hon. SHeila A. Ditullio Judge)"
"(The pre-sentencing investigator Employeed by The Judge)"

THE City OF BuFFalo District Attorney
County OF Erie
OFFice OF The District Attorney
25 Delaware ave
BuFFalo N.Y 14202

"(The District Attorney Frank A. SEDitA, III)"
"(ADA Christopher J. Belling)"
"(The District Attorney At the time OF The incedent (Frank J. Clark)"
"(ADA, THomas M. Finnerty, ESQ)"

THE legal Aide Bearue That Employeed, counseler For Defendant "(Daniel J. DuBois, ESQ)"

THE NYS DIVISION OF Criminal Justice service
Record Review
80 South Swan Street
Albany . N.Y. 12210
ConFedental
Michael C. Green
Executive Deputy Commissioner.
and any and all employees working
around The day OF /or The Day OF
The incedant /on NOV 7, 2007 / or Those
AuTherized to release conFedental
Records, to's

"( The ADA. Christopher J. Belling )"
"( The Judge Hon SHeila A. Ditullio )"
"( ADA. Thomas M. Finnerty, ESQ )"
"( ADA. Thomas and The (pre-sentencing investigator
and The (pre-sentencing investigator
employeed by and For The Judge)"

section (B): Full name (s) OF DeFendant (s) As A hole/or As A Governmental Entity, OFFicer /or Employee/or any and all personal envolved Therein my A THIRED claim purtiaing to the date OF June 28, 2006-11, 12, 07, NOV 7, 2007). Forementiond below As a Governmental Entity OFFicer /or Employee.

THE City OF BuFFalo Supreme Court
Erie county supreme court
25 Delaware avenue
BuFFalo N.Y 14202
"( THE Hon. SHeila A. Ditullio Judge )"

THE City OF BuFFalo District Attorney
County OF Erie
OFFice OF The District Attorney
25 Delaware ave.
BuFFalo N.Y 14202

"(The District Attorney Frank A. Seditta, III)"
"( The District Attorney Frank J. clark working on The inciedent, ADA THOMOS M, Finnerty ESQ, and Christopher J. Belling)"

THE Appellate Division
Fourth JuDicial Department
M. Dolores DenMan Courthouse
50 East avenue - Suite 200
Rochester, new york 14604
"(The Hon. Fahey, Associate Judge)"
And any and all Judge involved /or dening my motion For Brady material);

Erie county medical center
462 Grider st,
BuFFalo N.Y 14215 3098
Administrator /C.E.O.
Jody lomea (acting)
Chief legal counsel,
anthony J. Colucci; III
and Doctor Jordan);

BuFFalo Police Department
74 Franklin street
BuFFalo New York 14202-
-4099
"( Det. mark lauber)"

4/2/15

[signature]
Notary public

Marisol Caban
Notary Public State of New York
New York State No. 01CA6316348
County of Franklin
My Commission Expires on 12/15/2019

[signature]
07B3581
Pro-se planitiFF

A. FIRST CLAIM

On The date OF The incident, "( June 27, 2006 ; June 28, 2006)". The Following DeFendants Forementiond below As A hole /or As A Governmental Entity, OFFicer /or Employee /or any and all personal envolved in The incident on The same dates above /or Forementiond.

THE City OF BuFFalo
Homocide Bureau
BuFFalo Police Department
74 Franklin street,
BuFFalo, New york 14202-4099
"(Detective Mark J. Lauber)"
"(Detective William Donovan)"
"(NYS Jim Bezio OF The -
-Investigator General's OFFice)".

STATE OF NEW YORK
DEpartment OF Correction
And Community superrision
THE HArriman State Campus, Buildn 2)
1220 Washington Arenue
Albany New york 12226
"( Acting Commisioner, Anthony J. Annucci)"

CHateagay alcohol substance abuse
Comprehensive Treatment center
7874 state Rt. 11, P.O. BOX 320
Chateaugay 12920-0320
Superintendent; John Demars
and all Dept. OF Security and/or personal working on The date oF June 27, 2006 - June 28, 2006).

A. FIRST CLAIM

upstAte Correctional Facility
309 BARE Hill Rd., PO BOX 2000,
Malone 12953

Superintendant; David Rock
And/or any personal working
the date OF June 27, 2006, June 28.
2006. envolved in The incedent.

Troop B Head quarter
Troop B zone 1
Malone Station
3909 state Rt. 11;
Malone 12953
"(Investigator peter Arcadi)"

THE Erie county Holding center
40 Delaware ave.
Buffalo N.Y 14202
"(THe Dept OF security)"
"(The Superintendant)"
And/or any personal/or Dept
envolved in The inciedant on
The Day OF June 27, 2006, June
28, 2006).

A. FIRST CLAIM

On The date of June 27, 2006. I was in The yard recreation, programing area For Those That didnt have program because, chateaugay correctional Facility is a programing Jial. I was Then called by Cos Through The yard speaker phone, at The Chateaugay correctional Facility, and I was Then exscorted to an Icelation, SHU BOX room. In /or near The Hospital/or Sick Call, Gym area, And emedaitly aFter intering This Icelation SHU Box area, I was emedaitly and aggresivly Forced against a designated wall and assesivly pat Frisked, and Then I was verbaly and aggresivly Forced into an unauthorized and /or unsupior vised strip search, with out a sargent being present before I complied with this unauthorized and/or unsupervised strip search, I informed Those Cos envolved/or present at that time of at aproximatly between, 11:00 Am to 3:00 am, on The date of June 27, 2006, That I was maxing out on parole and was to be released the next day on June 28, 2006 and I Then ask why I was being pat Frisked and Forced to be stripe searched, In an unauthorized /or unsupervised search without a sargent being present, and /or with out a ticket /or misbehavior report of some sort. I was Then informed That when a sargent /or superintendent was to arrive, I would Then be updated on The events, And Then I was Verbaly Threatend to stripe search, and being told That IF I didnt Comply That Those Cos were going to have to use Force to stripe search me. At That piont I begin to Fear For ma life, and my Freedom, So I complied to be stripe searched in an unauthorized /or unsupervised search, during this stripe search, It became exssesive request, to bend over, Squate and coFe, This accured more Than Three times, beFore The Co doing The search Told me to remain still because he

A. FIRST CLAIM

thought he seen somethen in the Form OF Contraband hanging From my rectum area. This Co Then begin to ForciFuly penatrate his Finger in my rectum area, and Then began to assesirly Fundle /or Coresse my rectule area. (However) after the unauth-orized /or unsupervised pat Frisk and strip search, I was being Contianed, held /or False imprisond, In this Icelation SHU Box area located by The Hospital Sick call Gym area, For aproxemitly 35 to 45 minutes. with out a ticket /or misbeharion report, when The sargent and superintendant arrived. I asked him why was I being held in This Icelation SHU BOX, with out a misbeharior report /or ticket and That I didnt do anything and also That I was pat Frisked and strip search and That I Felt sexualy asulted druing This unauthorized /or uns-upervised strip search, Then it was exspliand to me that it was part OF The procedure. and never recived /or OFFederdany medical treatment /or atention after exsplaning and requesting it. unFortenitly After being verbaly threatend, That Force would be used iF I didnt comply. I was Then Forced into mechanical restriants, used For the draFt, Shackles and hand CuFFs and Then The Superetedant and sargent inFormed me That some one was to speak with me when I arrived were I was going. I Then begin to Fear For my liFe, and Freedom and/or well bein, I was placed into a van provided by the Chateaugay Correctional Facility and we left Chateaugay and arrived at the upstate SHU Box, In malone county. I was Then verbaly Forced, into another unauthorized and /or unsuper-vised pat Frisk and stripe search by The Cos working That draFt /or intacke area on The date oF June 27, 2006. with out a

A. FIRST CIAIM

sargent being present do to the procedure and process OF incoming and out going draFt, At The upstate BOX. AFter being placed in mechanical restriants. I was Then Secured in a holding cell /or cage on The First Floor. Finaly A Sargent did a ruten round, and I asked him why I was there in his upstate Box. without A ticket /or misbehavior report, and That I was being illegaly held /or contianed and /or False imprisoned. with no pending misbehavior report /or ticket, and That I was to be released The next day on June. 28, 2006 because I was maxing out on parole, and The Sargent working That area Told me he didnt no why I was Their and walked away. I Then began to Fear For my liFe, my Freedom and well being, also I couldnt sleep, /or eat any Food, I had Knight mers, and have been having Kinght mers every sence and problems Consuming Food /or holding my Food down Also That Kinght I Thought They were going to try to Kill me in my sleep. Finaly the next day. The cell door Slote opend up and a Co Told me I was being released he Then hand cuFFed me in mechaincal restriants, and beFore leaven that area. I was pat Frisk agien. I was Then picked up by OFFicer investigator peter arcadi at The malone troop B Berecks and They inFormed me That BuFFalo Homoiced police wonted me For questiong, aFter ariving at the malone troop B Berecks, I was pat Frisked agien. and Then wiated For The BuFFalo Homocide police to arrive, which was detective mark luaber and Detective

A. FIRST ClAIM

william Donaven, OF The BuFFalo Homocide sqwad. They arrested me and took me back to there Homocide sqwad oFFice located at the old central Booking, and did a rutien strip search, and pat Frisk. I was Then hand cuFFed to A bench while They Filed there paper work, and after Filing there paper work They drove me to The Erie County Holding center located at 40 Delaware ave, were I was Then assisirly pat Frisked and strip searched upon The proccesing OF intake procedures.

I Then went to trial and I was Then acquitted OF The anishole charges, and recanted evidence balsterd That caused all my pain and suFFering. I got aquitted OF cpl. 125.25 two murder in The second degree. Charges. and convicted OF pL 160.15. two Robbery in The First degree charges and one criminal possesion OF a weapon Charge pl 265.03).

(However) after trial and in The process OF exzosting my remeadies OF my appellate rights to appeal That I preziuered I recived As Brady material a memorandum endorset by Det. mark J. Lauber and Det william Donovan. discriving The stratiges employeed. That they arranged with NYS Jim Bezio OF the Investigator Generals oFFice and oFFicer at the malone Troop B Berecks to oprehend me (mr McCray) at/or how they pland to get me to malone county Troop B Berecks to arrest me. Finaly I recived a copy OF The out standing warrent # 0335/285 and/or Bench warrent

A. FIRST CLAIM

Charged cpl 420.10 That was issued and endoresed by Det mark Lauber. and Det Donnaven and/or arrainged with Jim Bezio OF The NYS investigator Generals OFFice to opprehend me in malone County, at the troop B Berecks along with investigator peter arcadi.

(However) I not only learned That I wasnt charged/or arrigned on The charges in This warrent # 03351285, and That The warrent was only arranged with all OF Thee above to get Docs. to deliver me to malone County to be arrested, and after being arriend For The charges in The Felony Compliant dated 2/28/2006 ind NO. 2006-00711, and also That if any Fine exzisted in The year OF 03/03/2003, 06/30/2003/, or 7/07/2003, when I lived on 532 winspear, That Fine was not only piad, but I was on parol For 90 days and violated parol From Nov 27, 2002. to June 10, 2003 under DIN: 00B1113 and released on parole between sep. 03, 2004, to may 28 2006. June 28, 2006. and This warrent was issued and aranged For my release 3 years later, on The date OF June 28, 2006. For The charges in The Felony Compliant. (However) I had to exzoste all remides beFore Filing/or raising any Claim because the warrent # 03351285/ or arranged to arrest me, not only lacked probeble Cause, ClassiFicational power employeed by all the Forementiond, tianted The Chian Custedy and Comand, Causing unreasonable unauthorized and unsupervised Search and seziures, employeed violated my Constitational rights to due process as a person. and The results OF sexual asult, during all OF Thee above search.

A. FIRST CLAIM

Furthermore; No miranda warnings, No misbehavior report /or warrent were read /or served, To The plantiffe "(D. McCray)" on The Date of June, 27, 2006,- June 28, 2006, by any of The Foremention'd Correction officer, sargents, /or Investigator enroveled in The unsuperivised search, and seziure /or all The above chian Custody and comands of search and pat Frisk, while The plantiffe waiting to be escorted to a special housing unit, /or after leaving The prison Ground /or Jursidiction of Chateagay Correctional Faclitiy, upstate Correctional Facility and into the custody of Investigator peter areadi of The Troop B Barracks.

The Constitutional basis For this Claim under 42 u.s.c. 1983 is. That all of Thee above violated my 4th, 5th, 6th, and 14teenth amend, state, and Federal const rights. I was Denid Due-process of law, equal protection of The law, False arrest /or imprisonment. Excessive Force, Failure to protect, illegal and unauthorized /or unsupervised search and seziure, and /or sexual asulte during search and seziure, malicious prosection with a tianted warrent and /or no misbehavior report, No miranda warnings. excessive and cruel and unusel punishment namely sexual Force used in stripe search at Chateagay correctional Facility.

The relief I am seeking For this claim is briefly state the relife sought). The relief Im seeking is Collateraly /or colectovly attached and added against The main governmental Entity officer /or employee That anisheated The violation of The chain custody and Comand of events, and Separtly broken into inderegle Classes against every inderegle governmental Entity or officer employee, employeed on The date of June 27, 2006,- June 28, 2006).

A. FIRST CLAIM

Claim (A), In conexction with First claim aganist;

THE City OF BuFFalo New york
Homocide Bureau
At The BuFFalo, police Department
74 Franklin Street.
BuFFalo NY 14202-4099

As A Governmental Entity
OFFicer /or employee,
DeFendant;

"(Det Mark J. Lauber)"
"(Det willam Donnaven)"

"(Jim Bezio NYS, Investigator
- Generals OFFice)";

For Causing The misscarge oF Justice and creul and unnuseal punishment with out prabebale Cause. under Every Forementiond claim. and/or sexual asult, during the pat Frisk and unauthorized and un supervised search and seizures.

Im requesting The amount oF $ 3.300.000.00

For Causing The misscarge oF Justice and cruel and unnuseal punishiment/and/or False arrest/or imprisonment during The tianted chian Custody and Comand oF warrent #0335-1385 and no misbehavior report/or ticket.

Im requesting The amount oF $ 2.200.000.00

A. FIRST CLAIM

Claim (A), In conextion with First claim aganist;

For All The pain and suffering, mental angiush, and exssesive Forced used to arrange For my arrest For my person to be arrest at malone Troop B Berecks under The tainted chain and custody and comond of The warrent # 03351285 and no ticket /or misbehavior report.

Im requesting the amount OF $ 1,625,000.00.

For being denied medical treatment and/or due-process OF being OFFered any medical treatment /or equal protection OF The laws

Im requesting The amount OF, $ 9,300,000.00

A. FIRST CLAIM

Claim (B), In conextion with First claim against;

CHATeaugay alcohol Substance abuse
Comprehensive Treatment center
7874 state Rt. 11, P.O.BOX 320
Chateaugay 12920-0320
Superintendent; John Demars

And any personal envoleved
in/or working related to
incedent on; June 27, 2006
-June 28, 2006).

For cruel and unuseal punishment and/or exesseive Force. and Sexual asult during an unauthorized/or unsupervi-sed search and seziure In an Icelation s#u Box.
Im requesting the amount OF $ 2,500,000.00

For my pain and suFFering
Im requesting the amount OF $ 350,000.00

And For verbal Threats to use exesseive Force to be mechanicaly restriant by shackles and hand cuFFes.
Im requesting The amount OF $ 80,000.00

A. FIRST CLAIM

Claim (B), In Conextion with First Claim against;

For The Faluire to protect /or grant equal protection, OF Due-process oF law, against False arrest /or imprison ment In Icelation sHu BOX area. with out pending a misbehavior report /or ticket with in 72hours.

Im requesting the amount of $400.000.00

For deiying me medical treatment and /or due-process OF medical attention

Im requesting $4,500.000.00

A. FIRST CIAIM

Claim (c) inconextion with First claim againsts;

upstate Correctional Facility
309 Bare Hill Rd., Po Box 2006,
Malone 12953

Superintendant; David Rock
and/or any personal working
on The date oF June 27, 2006
-June 28, 2006 ). or envolved in
The incedent.

For cruel and unuseal punishment against an unauthorized /or unsupervised pat Frisk /or strip search.

Im requesting The amount oF $ 500.000.00

For False arrest /or imprisonment with out a ticket misbeharior report with in 72 hour and /or under The tainted chian custody and comand oF a tianted warrent #03351285.

Im requesting The amount oF $ 400.000.00

A FIRST CLAIM

Claim (c) Inconextion with First claim against;

For mental angious and pain and suffering of Kinght mers and Fearing For my life and not being able to consume Food,

Im requesting The amount of $ 300.000.00

For being exssively unanthorized /or unsuperrised wile being pat Frisked on The days of June 27, 2006 - June 23, 2006.

Im requesting the amount of $1 150.000.00.

For deniying me medical treatment and /or denying me due-process of medical treatment /or offering me any medical treatment.

Im requesting the amount of $1 4.000.000.00.

A. FIRST CIAIM

Claim (D) In Conextion with First Claim against;

Troop B Head quarter
Troop B zone 1
Malone station
3909 State Rt. 11,
Malone 12953

Investigator peter Arcadi
/or any Judges, OFFicer
envolved on The date
OF June 27, 2006, June
28, 2006).

For False arrest /or imprisonment
with out prabebal cause
Im requesting the amount OF $ 400,000.00

For cruel and unuseal punishment OF an illegal
pat Frisk with out prabeble cause.
Im requesting the amount OF $ 500.000.00

For pain suffering mental anigious
Im requesting The amount OF $ 250,000.00.

A. FIRST CIAIM

Claim (E), Inconextion with First claim aganist;

THE City OF BuFFalo New york
Homocide Bureau
At The BuFFalo police Department
74 Franklin Street
BuFFalo N.Y 14202-4099
"(Det Mark J. Lauber)"
"(Det william Donnoven)"
"(Jim Bezio OF the NYS
Investigator Generals OFFice)";

For False arrest /or imprisonment with out probable Cause against a tainted warrent # 0335128S, and Cause The Tainted chain custody and comand Im requesting The amount OF $ 500.000.00

For crueal and unuseal punishiment or excessive Force and/or an illegal pat Frisk and strip search. Im requesting the amount oF $ 400.000.00

For pain and suFFering mental anguise, and /or denying me any medical treatment /or due-process OF any medical treatment.
Im requesting the amount of $ 4.375.000.00

A. FIRST CIAIM

Claim (F) in conextion with First claim against;

THE Erie County Holding center
40 Delaware ave
Buffalo NY 14202

As a Governmental Entity
OFFicer /or employee
The Dept OF Security and
any and all personal sargent
/or Dept's working The intake
reciving /or stripe area on The
date OF June, 28, 2006),

For False arrest /or imprisonment

Im requesting The amount OF $500,000.00

For cruel and unuseal punishment oF /or illegal pat Frisk and strip Search, with out prabeble cause.

Im requesting The amount OF $400,000.00

For pain and suFFering mental angious.

Im requesting The amount OF $ 350,000.00

For deniying me any medical treatment /or due-process OF any medical treatment.

Im requesting the amount OF $ 4,000,000,00

A. FIRST CLAIM

Claim (G) inconextion with First claim against;

The Department OF Corrections
and Community superrision
Services
As A Governmental Entity
OFFicer/or employee responsable
For all the Foremention ed,
Claim in This First claim.

Chateaugay Correctional Facility
upstate Correctional Facility
The malone County Troop B Berecks
The BuFFalo Homocide Buearue
The Erie county Holding center.

For Causing The miscarage OF Justice and Crueal and unuseal punishment with out prabeble Cause, OF a misbehavor report /or ticket, and /or sexual asult, /or any misconduct. under unauthorized /or unsupervized searchs, strip search and seizure and/or The Tianted chian Custody and comand OF a tainted warrent # 03351285.
Im requesting The amount OF, $ 3.300.000.00
For being denid medical treatment and /or due-process OF OFFering medical treat ment.
Im requesting The amount OF $ 9.500.000.00

A. FIRST CLAIM

Claim (G) Inconextion with First Claim against;

For Causing The misscarge OF Justice and /or cruel and unusel punishment, False arrest /or imprisonment, and supporting all oF Thee abore done by Those Docs employee and/or The chian Custody and command tianted.

Im requesting The amount OF $ 2.200.000.00

For all the pain and suFFering mental angious and exssesive Forced used to arrenge For my arrest in under the misscarge OF Justice and tanited chian custody and Commond, Caused by a tainted warrent #0335i285.

Im requesting the amount OF $ 1.625.000.00

A. FIRST CLAIM

Exhaustion of your Administrative Remedies For this Claim:

Did you grieve /or appeal This claim ✓ yes ____ NO IF yes; what was the result; I Filed A cpL 440.10, 440.20 motion to vacate The Judgement and sentence, with newly descoverd evidence. and That motion was denid on The Date of Feb. 21, 2014).

Did you appeal that decision ✓ yes ____ NO I yes, what was The result; pursuant to cpl 460.30 and 530.50, I Filed an application requesting relife, To The appellate Division 4th Department, and That motion and /or application to File a suplemental brife, was denid on the date OF June 30, 2014).

Attach copies OF any documents that indicate that you have exhausted this Claim IF you did not exhaust your administrative remedies, state why you did not do so: As of right know Im indegent and cant Furnish sertin documents / or OFFord copys. As A result some property or documents were destroyed, But any document needed As Far as the cpL 440. is under indictment number -2006-00111 and is located at the Erie county clerks office and any Documents made to the Fourth department appellate Division is made under Docket num, 14-00683-07-02 -438) and The Indictment number is before mentiond; (However) As A result, A Summary reversal was Filed and denid on /or between the dates OF, may 15, 2014; June 23, 2014). Further denying my right to appeal and Exhauste Further Administrative Remedies.

A. SECOND CLAIM.

On The date OF, NOV. 7, 2007 All OF The Forementiond defendants below, As A Governmental Entity OFFicer /or Employee were envolved in This incident.

The City OF BuFFalo Supreme court
Erie county supreme court
25 Delaware Avenue.
BuFFalo N.Y. 14202

"(THE HON, SHEILA, A. Ditullio Judge)"
"(THE pre-sentencing investigator-
Employeed by The Judge)".

The City OF BuFFalo District Attorney
County OF Erie
OFFice OF The District Attorney
25 Delaware Ave,
BuFFalo N.Y 14202
"(The District Attorney Frank A. SEDitA, III)"
"(ADA Christopler J. Belling)"
"(The District Attorney At the time of-
The incedent"(Frank J. Clark)".
"(ADA, THOMAS M. FINNERTY, ESQ)"

A. SECOND ClAIM

The legal Aide Bearue That employeed, Counseler For Defendant "(DANIEL J. DuBOIS, ESQ)"

The NYS Division OF Criminal Justice service
Record Review
80 South Swan Street
Albany, NY 12210
ConFedental

Michael C. Green,
Executive Deputy Commissioner.

And Any And All employees working Around The day OF/or The Day OF The incedent/on NOV. 7, 2007, /or Those Autherized to release ConFedental Records to;

"(The ADA, Christopher J. Belling)"
"(The Judge. Hon SHeila A. Ditullo)".
"(ADA, THomas M. Finnerty, ESQ)"
And The "(pre-sentencing investigator employeed by and For The Judge)".

A. SECOND CLAIM.

AFter trial and aproxemitly beFore sentencing and /or on The day OF sentencing on Nov 7, 2007, The District Attorney Frank J. Clark, III, /or ADA THomas M. Finnerty, ESQ, Acting For /or appearing For The people, enFFective assistence OF Counsel Daniel J. DuBois, ESQ, and The Hon. SHeilA. A. DiTullio appearing For The Courts, The pre-senetencing investigator For The court, And any supervisor /or employee Authorized to release ConFedential criminal record's, only For use As part oF The DCJS Program Record review by subject ThereoF, with out inForming the aForementioned Agency OF there oath, to ConFedentality against any illegal use /or any public use, and /or with out inFormen the criminal DeFendant That a request has been made For his record, at The NYS Division OF Criminal Justice services. (However) my right to conFedentallity to pL 160.50, pL 170.56 sub(4), For record keeping, equal protection OF The law, to be saFe -garded against any illegal use /or any Coehercive use -/or Couceberation against any public use. when all OF The above Forementioned, violated my right's to ConFedentiality when They made my youthFul oFFender aJudectation, and Sealed Termination in Favor oF accused pL 160.50, pL 170.56 Sub(4), a part OF Their public record, to inhance my punshiment, on Nov. 7, 2007, pg. 2-line 18, pg 5-line 4-7, pg 7-line 21-to pages 8). oF the sentencing minutes. (However) I was maliconsly prosectuded, against dubble Jeoperdy, and not only was I illegaly

A. SECOND CLAIM

- Senetenced As a second time vilolent Felony OFFender I SuFFered crueal and unuseaul punishment, For an assisive sentence when my right to conFedentaliy was broken, to use any crimes I was granted amunity, For, /or any sealing OF Documents /or records under PL 160.50, PL 170.56 sub (4) That were to be seald, destoryed and /or ruled As Anulty granting equal protection OF The law, and saFegarded the criminal defendant under youthFul oFFender protection.

THE Constitutional basis For this Claim under 42 u.s.c. 1983 is;

That my 4th, 5th, 6th, and 14teenth amend, to state and Fedearal rights were violated, Also I was Coeherced into an illegal sentence, under dubble Jeoperdy, OF youth Ful OFFender and seald termination in Favor oF accused PL 160.50, 170.56 sub (4), and as oF To day Im suFFering From The Cruel and unuseal punishment oF an Exssisive Sentence.

THE relieF I am seeking For This Claim is (brieFly) state The relieF Sought.).

A. SECOND CIAIM.

For The illegal sentence;
Im requesting That the Indictment be dismissed, reduced /or a legal sentence be imposed. under. The Armed Felony clause 120.41) For The violent Felony offender /or a sentence to the D-Felony as prescribed by pL 70. -02, sub(4) And if granted this relife additionaly I request False imprisonment wages For every day after the sentence is corrected.

For cruel and unuseal punishment dubble Jeoperdy and -/or an Exssive sentence;
Im requesting the amount of $ 300,000.00.

For pain and suffering For being denid equal protection of the laws, pL 160.50, pL 170.56 sub(4). and/or Confedentality From any public use;
Im requesting the amount of $ 500,000.00

Exhaustion of your Administrative Remedies For this claim:

A. SECOND CLAIM.

Did you grieve or appeal this claim ✓ yes ____ NO IF yes, what was the result? I Filed a cpL 440.10, 440.20 to Vacate The Judgement and sentence, with newly disscoverd evidence, The motion was denid on Feb. 21, 2014).

Did you appeal that Decision ✓ yes ____ NO IF yes, what was The result? An application to appeal was made under cpL 460.50, and 530.50, To The appellat Division 4th Department, Further denid my motion to File a suplemental brife and/or appeal on. June 30, 2014),

Attach copies of any documents that indicate that you have exhausted this claim, IF you did not exhaust your administrative remedies, state why you did not do so:
As OF The moment Im Indegent and cant supply The nessoory Documents /or copy ThereoF, As a result some oF my property /or Documents were destroyed But any relevent Document needed, as Far as the cpL 440. is under indictment Number 2006-00711, and is located at the Erie County Clerks oFFice, /or any Documents made to the appellate Divison /or is made under Docket num, 14-00683 ; 07-02438 ) and the Indictment number beFore mentioned.

A. THIRED CLAIM

On The date OF The incident, and /or Following The dates between The dates OF June 28, 2006-, 11, 12, 07) and The date OF Nov. 7, 2007 all OF The Forementiond defendants below As A hole /or as A Governmental Entity, OFFicer /or Employee /or any and all personal enrolved in The incident on The same Date above Forementiond.

THE City OF BuFFalo supreme Court
Erie County superme Court
25 Delaware avenue
BuFFalo N.Y 14202

"(The Hon. SHeila A. Ditullo Judge)"

THE City OF BuFFalo District Attorney
County OF Erie
OFFice OF The District Attorney
25 Delaware ave.
BuFFalo N.Y 14202

"(THE District Attorney Frank A. SEDitA, III)"

"(THE District Attorney Frank J. Clark working on The [redacted] intedent, ADA Thomas M. Finnerty ESQ, and christopher J. Belling)."

A. THIRED CLAIM

THE APPEllATE DIVISION
FOURTH JUDICIAL Department
M. Dolares Denman Courthouse
50 East avenue-suite 200
Rochester, New York 14604
"(THE HON. Fahey, Associate Judge)"
And Any and all Judge in-volved for dening my motion For Brady material)".

Erie County medical center
462 Grider st.
Buffalo N.Y 14215-3098
Administrator /C.E.O;
Jody lomea (acting)
Chief legal Counsel;
Anthony J. Colucci; III
And Doctor Jordan)".

Buffalo Police Department
74 Franklin Street
Buffalo New York 14202-4099
"(DET. MARK LAUBER)"

A, THIREE CIAIM

On The Day OF 6,28,2006, The people and Courts original Theroy was based on, Det Mark Lauber investegation and /orown Knowledge, and That Det mark Lauber accuse the above named DeFendant, Demetrius McCray. In this action, that on /or about NOV. 13, 2005 A T 3:27, am in The City OF BuFFalo, Did intentionally, Knowingly and unLawFully commit the Felony OF murder, 2nd Degree Contrary to the provision OF 125.25-1,3 OF The penal Law.

And also That. The defendant Demetrius McCray while at 953 Kensington with intent to cause The Death OF Bobby Andrews, Did Cause The Death OF Bobby Andrews, in That the DeFendant while committing a Robbery on The Date OF NOV. 13, 2005, Did Cause The Death OF a person, The deFendant did Then shoot Bobby andrews in The lower Torso Causing his Death, Bobby andrews was in ECMC Trama unit in a Comatose state after the incedent and Did exspire on 2,28,06),

(Howerer) at trial, during trial and after reviewing The medical records and testimony evidence provided by Doctor Jorden, and Dianne R. Vertes, and also the Death CertiFication OF Bobby andrews dated Feb 28, 2006. it was revelid That False malepractice caused by Doctor Jordan /or some Doctor at ECMC Hospitle work with /or under Doctor Jordan. and /or The victum Bobby andrews mother /agreeing to disconect The victum Bobby andrews From the liFe supporting machines. unFrotenitly Doctor Jorden TestiFied at trial that he leFt a Labetory pad in the victum lege, That Caused. all The inFections and amputation, eventuly causing the Death OF Bobby andrews on The date OF Feb, 28, 2006).

A. THIRED CIAIM

(However) The District Attorney Frank J. Clark III, at the time OF The incident and The ADA Christopher J Belling, and Det Mark Lauber were Awear OF The cause OF Death, BeFore The people Suppresed This evidence before The Grand Jury hearing. That They continue to suppress to This day. Also They manipulated predjured evidence to maliciously prosecute and indictite me, By the Grand Jury. Consequently The indictment was returned as a true Bill, and /or supior court information that I never signed /or gave my written consent to be prosecuted by. As a result the indictment charged Five counts, two of Those being murder in the second degree 125.25 sub 1; 3) and The people Theory and /or evidence, The people originaly Funded Their case on /or intended to produce at trial, wasnt consistent with the langue of the indictment and /or Felony compliant, That the victum was murderd at 953 Kenistgon on The Date OF Nov 13, 2005, and other evidence that the victum eventuly passed away on the day OF Feb 28, 2006 and /or the same day OF /or in the corse OF The Robbery on Nov 13, 2005.

(However) after A Jury trial reviewed the evidence, The people orignaly Fonded its case on, The medical records /or The evidence That was suppresed at The Grand Jury, As Far As The Cause OF Death, /or Death certification, and /or inconses-tency in The people Theroy, I was acquitted OF bouth murder counts, in the second degree 125, 25 (1, 3) and convicted OF The remaing charges,

And if The people would have produced The recanted evidence, That got me acquitted at trial, to The grand Jury against the original evidence That they Funded There case on, I wouldnt OF Been indicted on all counts /or The indictment would have been reduced, /or I could OF went

A.THIRED CIAIM

to trial For The two murder count without being predjideced by The Robbery Charges /or I would of had the right to a Fair trial, also I wouldnt have been maliciously prosecuted, by preJuideca evidence, and/or The suppressing of evidence, That The people, The courts, and appellate court continue to suppres and deny me the right to Further perfect any appeal.

Also after the Judge marsheld The charges and instruction to the Jury and/or reviewed the evidence That The Hospit'le caused False muleprractice and/or caused The Death of The victum, That relieved me of The two murder Counts, The people, The court, malicouisly prosecuted me Through retaleation of showing the defendant no mercy because she got emotionaly involved in The case, and Felt That I showed the victum Bobby andrews no mercy, and The Judge assiserly sentenced me to the maximum sentence allowed, For The Robbery and weapon possesion charges, either because she cauldnt sentence me For the two murder counts, /or maybe she emotionly Felt that I should suFFer Because The victum suFFerd tremendus pain beFore he passed away. So she dubble Jeoperdy sentenced me For The Robbery and weapon possession charges aganist The murder charges I got acquitted of And every senseless shooting that ever happen. which was emotionaly, maliciously, apart /or implicated in my sentencing minutes, and the Judge decision. to show me no mercy, becouse she Felt That I showed no mercy. to the victum.

A. THIRED CLAIM

The Constitutional basis For this claim under 42 u.s.c. 1983 is: my right to a Fair trial, The right oF a Fiar Grand Jury hearing. The miscarge oF Justice, due-process oF my 4th, 5th, 6th, and 14teenth amend to state and Federal constrights. Cruel and unuseal punishment, malicious prosection, under a Jurisdictional deFective indictment, cruel and unusel punishment For suppressing EXsculpatory Brady material Grand Jury evidence, and Cruel and unusal punishment at sentence (retaleation).

The relife I am seeking For this claim is (brieFly state the relieF sought).

For malicious prosecution
and cruel and unusel punishment
Im requesting The amount oF $500.000.00

For Being denid due-process
/or The right to a Fair trial,
A Fair Grand Jury proceeding
/or hearing, under a Jurisdictional
deFective indictment 2006-00711.

Im requesting The amount oF $1.350.000.00
And /or The indictment, 2006-00711
dismissed /or reduced
and /or halF OF The amount oF $1.350.000.00
which is $850.000.00).

A. THIRED CIAIM

For mental anguiseh
pain and suffering
Im requesting the amount of $450.000.00

For being malicious prosecuted
and False arrested /or imprisond
under a Jurisdictional defective
indictment.
Im requesting The amount of $175.00
to $150.00, For everyday spent In Jail
in The amount of $ 732.225.00.

For being malicously prosecuted
and/or cruel and unusel punishment
and dubble Jeoperdly sentenced,
aganist The murder counts acqnitted of
Im requesting The amount of. $12.500.000.00

For malicious prosecution and/or
Being denid Exsculplatory Brady material
And Being denid the right to
Further perfect any appeals.
Im requesting The amount of $2.500.000.00

A. THIRED CLAIM

For The neglagence oF The labatory pad, That caused False malpractice to the victum Bobby andrews By Doctor Jordan, and/or ECMC As A Goverrnmental Entity oFFicer /or employee, Further causing the miscarige of Justice, pain and suFFering to The deFendant Demetrius McCroy, Through malicious prosection, preJudical retaleation tactis used by the court Exspressing its mercy through emoticnal misconduct. impartial ruling deniying the deFendant The right to a Fear Grand Jury proceedure A Fair sentence, and a Fair trial.
Im requesting the amount OF $10.000.000.00

Exhaustion oF your Administrative Remedies For this claim:
Did you grieve or appeal this claim ✓ yes ___ NO IF yes, what was the result? all my request For The Grand Jury minutes were denid between The dates OF. 6,28,06-To 11,12,07). and a 440.10, 440.20 motion to vacate Judgement and sentence was denid on Feb,21,2014).

Did you appeal That decision ✓ yes ___ NO IF yes. what was the result. A application pursuant to cpL 460.50 and 530.50 was Filed to the appellate division, and any request For Brady material /or grand Jury minutes were denid on June 30, 2014). and A summary reversal motion was denid aFter The deFendant supporting aFFidavit date may 15. 2014, and the ADA opposition dated June 23, 2014,

A. THIRED CLAIM

Attach copies of any documents that indicate that you have exhausted this claim, IF you did not exhaust your administrative remedies, state why you did not doso, As of right Know Im indegent and cant Furnish sertin documents/or offord copys. As A result some property or documents were destroyed, But any document needed As Far as the cpl 440. is under indictment number-2006-0071 and is located at the Erie county clerks office and any Documents made to the Fourth Department appellate Division is made under Docket num 14-00683-07-02438). and The Indictment number is before mentionds (However) As a result, A summary reversal was Filed and denid on /or between the dates of, may 15, 2014, - June 23, 2014) Further denying my right to appeal and Exhauste Further administrative Remedies.

07B3581V

COUNTY COURT OF THE STATE OF NEW YORK

COUNTY OF ERIE : CRIMINAL TERM : PART 17

* * * * * * * * * * * * * * * * * * * * *

THE PEOPLE OF THE STATE OF NEW YORK

against

DEMETRIUS McCRAY,

Defendant,

* * * * * * * * * * * * * * * * * * * * *

**Institute**

Indictment No. 00711-2006

Sentence

NYSID 8183184Z

Robbery 1st Degree; Crim. Poss. Weapon 2nd Degree

Erie County Court Building,
25 Delaware Avenue,
Buffalo, New York,
November 7, 2007,

B e f o r e:

HONORABLE SHEILA A. DiTULLIO,

Erie County Court Judge,

A p p e a r a n c e s:

FRANK J. CLARK, III, ESQ.,
ERIE COUNTY DISTRICT ATTORNEY,
By THOMAS M. FINNERTY, ESQ.,
Assistant District Attorney,
25 Delaware Avenue,
Buffalo, New York,
Appearing for the People of the State of New York,

DANIEL J. DuBOIS, ESQ.,
Appearing for the Defendant,

Joanne B. Wratny,
Official Senior Court Reporter

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

(Defendant and Counsel present at 11:08 a.m.)

MR. DuBOIS: Morning, Judge.

THE COURT: Good morning. Good morning.

MR. FINNERTY: Good morning, your Honor. Thomas Finnerty appearing on behalf of the People. This is Indictment No. 00711-2006, People versus Demetrius McCray. The Defendant is present today in court along with his attorney, Dan DuBois. We're here today, your Honor, for sentencing after the Defendant was found guilty after a jury trial of two counts of Robbery in the First Degree, Class B violent felonies, as well as a count of Criminal Possession of a Weapon Second Degree, a Class C violent felony offense. I would note, your Honor, that the People have served upon the Court and Counsel a statement pursuant to Criminal Procedure Law Section 400.15 indicating the Defendant's status as a second violent felony offender for the crime of Assault in the Second Degree which occurred on May 3rd, 2000 in Supreme Court of Erie County. After the Court addresses that issue, your Honor, I would further indicate that the People have served upon the Court and Counsel a statement pursuant to Criminal Procedure Law 380.50,

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

indicating that a family member of the victim, Bobby Andrews, wished to address the Court today on the matter of sentencing, specifically, Bobby's mom, Yvonne Washington. She is present today in court, your Honor, and she has informed me that she believes that she is too emotional to be able to address the Court. She has asked me to speak on her behalf at the appropriate time.

THE COURT: Thank you, Mr. Finnerty. Mr. DuBois.

MR. DuBOIS: Good morning, Judge.

THE COURT: Good morning. First of all, do you acknowledge receipt of the second violent felony offender statement?

MR. DuBOIS: I do, Judge.

THE COURT: And your client, Mr. McCray, admits to the Assault Second conviction in Supreme Court, Erie County, back on May 3rd of 2000?

MR. DuBOIS: I don't know, Judge.

(Whereupon, Mr. DuBois conferred with the Defendant.)

THE DEFENDANT: Yes. Yes.

THE COURT: Is that correct, Mr. McCray?

THE DEFENDANT: Yes.

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

THE COURT: Thank you. Mr. Finnerty.

MR. FINNERTY: Your Honor, I would first note that I have reviewed the presentence report, including a letter that was sent to the Court and Counsel from the victim's father, who has expressed to the Court how the loss has affected his and his family's life, and specifically, he is respectfully requesting the Court to sentence Defendant to a maximum sentence of twenty-five years. Additionally, your Honor, Miss Washington, as I indicated to you, is present today in court, and she wanted me to tell you how much she misses her son and how much her son is missed by his son who is currently eight years old, and now as a result of the Defendant's actions, will grow up without a father. Your Honor, I am respectfully requesting the Court to sentence the Defendant to the maximum determinate sentence of twenty-five years for the following reasons. I did not try this case as the Court is well aware. However, I believe after reviewing the file, my conversations with Mr. Belling, that I am familiar with the facts of the case. I respectfully suggest to the Court that the proof in this case was very strong, and in

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

fact, the jury did return a verdict of guilty of two violent B felony offenses. Additionally, your Honor, the Defendant is a prior violent felon for his Assault Second conviction. Additionally, he has a youthful offender adjudication for possession of a loaded gun, which was an E felony, which was replaced by the youthful offender status. Based upon the severity of the Defendant's actions, your Honor, the strong proof of the Defendant's guilt, his prior criminal record, and finally, I would note in reviewing the interview of the Defendant that took place that is reflected in the PSI, he continues even today to fail to accept any responsibility for his actions and continues to deny responsibility, and in the face of what I would suggest to the Court is overwhelming evidence of his guilt. Thank you.

THE COURT: Thank you, Mr. Finnerty. Mr. DuBois.

MR. DuBOIS: Yes, Judge. Judge, in just going over what Mr. Finnerty has just stated, I would tend to disagree with his statement that there was overwhelming proof in this case. It's quite obvious to me that there was a compromised verdict

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

in this case. Had the proof been as overwhelming as the prosecution believes it was, my client would have been convicted as charged in the indictment, and as you know he wasn't. So with regards to his statements that the proof was overwhelming, I would disagree with that. Other than that, Judge, my client does stand here before you today convicted of robbery, two counts. He knows that he's going to be facing a period of incarceration. And Judge, quite frankly, in a case like this where we have a victim like we do, there's not much I can say except for I would ask your Honor to be as lenient as possible in this matter, and I don't know if Mr. McCray would have anything he wants to say at this point.

THE DEFENDANT: No.

THE COURT: Thank you, Mr. DuBois. Mr. McCray, anything, sir, you would like to say on your own behalf? Nothing?

THE DEFENDANT: (Indicated negatively).

THE COURT: Would you like to apologize to the family?

THE DEFENDANT: I didn't do anything.

THE COURT: Okay. With that, Mr. McCray, you

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

were convicted after a jury trial of two counts of Robbery in the First Degree and one count of Criminal Possession of a Weapon in the Second Degree. I reviewed the presentence report. I reviewed the letter from Yvonne Washington, his -- the mother, and also the thoughts of the father. I appreciate that letter, Miss Washington. This Court has hundreds of cases, but you took the time to tell me about your son, Bobby, who was a very special person, hard-working, worked at a manufacturing plant for nine years, he was a loving and responsible father to Brandon, he was your only son, and a son to be proud of and a man to respect. Thank you --

MS. WASHINGTON: Thank you.

THE COURT: -- for writing that letter. I also looked at the photo, and your son was a very handsome man and had a wonderful smile.

MS. WASHINGTON: Thank you.

THE COURT: With that, Mr. McCray, you're twenty-eight years old with a very long record dating back to 1995. Your record includes youthful adjudications -- youthful offender adjudications for narcotics, assault and weapon charges, along

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

with a felony assault conviction where you served a significant amount of time in jail. In this case, Mr. McCray, you robbed Bobby Andrews, an innocent victim, a person at the wrong place at the wrong time. You robbed him at gunpoint of three hundred dollars. But that wasn't enough. You shot him at close range of gun point. The victim survived about a month and a half after the shooting. He suffered tremendous pain, had his leg amputated, and ultimately passed away. This sentence deals directly with the two counts of Robbery First and the Criminal Possession of a Weapon in the Second Degree. You were convicted, Mr. McCray, of the robbery and the weapon possession. The money that you stole from Bobby Andrews, again, wasn't enough, you had to shoot him. These senseless shootings must stop, and if they don't, there will be huge consequences for the perpetrators. With that, Mr. McCray, you showed no mercy for Bobby Andrews, and this Court will show no mercy towards you. With that, as to the Robbery in the First Degree conviction, it's the judgment of this Court to sentence you to a determinate sentence of twenty-five years, the maximum sentence allowable

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

by law. I find it interesting, Mr. McCray, in the presentence report when you were interviewed by the probation officer, that you stated that you were in the wrong place at the wrong time, but you also stated that you got the wrong guy. It shows me that there was a shooting, but maybe the deceased was the wrong person. As to the Criminal Possession of a Weapon in the Second Degree, it's the judgment of this Court to sentence you to a determinate sentence of fifteen years. Those sentences will run concurrently, all three. There's a five year post-release supervision period as to the three convictions and sentences. There's a two hundred and seventy dollar surcharge, a fifty dollar DNA fee and thirty days to appeal.

MR. DuBOIS: Thank you, Judge.

THE COURT: Thank you.

MR. FINNERTY: Thank you.

* * *

I hereby certify that the foregoing is an accurate transcript of the proceedings.

[signature]

FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

**ERIE COUNTY MEDICAL EXAMINER'S OFFICE**
**462 Grider Street**
**Buffalo, New York 14215**
**Telephone: 716-898-3191**
**Fax: 716-898-4181**

# ***CERTIFICATION OF DEATH***

I hereby certify that I am a duly appointed Medical Examiner in and for the County of Erie, and I find that the competent cause of death of:

**Name of Deceased:** BOBBY ANDREWS

**Address:** 514 HIGHGATE BUFFALO, NY 14215

was HOMICIDAL

and death is attributed to (give medical reasons):
COMPLICATIONS OF
PENETRATING GUNSHOT WOUND OF PELVIS

I further certify that this report is a true and correct copy of the original report maintained in the Erie County Medical Examiner's Office of the Erie County Health Department.

***CASE # ME*** 418-06

***Dated this*** 28th ***day of*** FEBRUARY***, 2006, Buffalo New York.***

Dianne Vertes MD
Signature

DIANNE R. VERTES, PHD, MD
Print

CERTIFICATION1
Revised 12/2/1999

# City Court of Buffalo – Department of Police
## Central Booking Bureau

FELONY COMPLAINT

State of New York, County of Erie, City Court of Buffalo

THE PEOPLE OF THE STATE OF NEW YORK

| | DEFENDANT(S) | DOB | CASE NO. |
|---|---|---|---|
| VS | DEMETRIUS MCCRAY | 9-27-79 | 06-7[illegible] |
| VS | ______ | ______ | ______ |
| VS | ______ | ______ | ______ |
| VS | ______ | ______ | ______ |

I, DET. MARK LAUBER accuse the above named defendant(s) in this action, that on or about NOVEMBER 13, 2005 AT 3:27 AM in the City of Buffalo, did intentionally, knowingly and unlawfully commit the felony of MURDER, 2ND DEGREE Contrary to the provision of 125.25-1,3 of the [X] Penal Law [_] Vehicle and Traffic Law [_] _____ Law of the State of New York [_] Ordinances of the City of Buffalo.

The facts upon which this accusation is based are [X] of my own knowledge [ ] on information and belief.

125.25-1,3 MURDER, 2ND DEGREE
IN THAT THE DEFENDANT, WHILE AT 953 KENSINGTON, WITH INTENT TO CAUSE THE DEATH OF BOBBY ANDREWS, DID CAUSE THE DEATH OF BOBBY ANDREWS, IN THAT THE DEFENDANT, WHILE COMMITTING ROBBERY, 1ST DEGREE, AND IN THE COURSE OF AND IN FURTHERANCE OF SUCH CRIME OR OF THE IMMEDIATE FLIGHT THEREFROM, DID CAUSE THE DEATH OF A PERSON OTHER THAN ONE OF THE PARTICIPANTS IN THE CRIME, IN THAT THE DEFENDANT DID POINT A GUN AT BOBBY ANDREWS, AND DID FORCIBLY STEAL AN UNDETERMINED AMOUNT OF CASH FROM HIM. THE DEFENDANT DID THEN SHOOT BOBBY ANDREWS IN THE LOWER TORSO CAUSING HIS DEATH. BOBBY ANDREWS WAS IN ECMC TRAUMA UNIT IN A COMATOSE STATE AFTER THE INCIDENT AND DID EXPIRE ON 2-28-06.

160.15-1,2 ROBBERY, 1ST DEGREE
IN THAT THE DEFENDANT, WHILE AT 953 KENSINGTON, DID FORCIBLY STEAL PROPERTY, TO WIT, AN UNDETERMINED AMOUNT OF CASH, FROM BOBBY ANDREWS, AND WHILE IN THE COURSE OF THE COMMISSION OF THE CRIME, THE DEFENDANT WAS ARMED WITH A DEADLY WEAPON AND DID CAUSE SERIOUS PHYSICAL INJURY TO BOBBY ANDREWS, A NON PARTICIPANT IN THE CRIME, IN THAT THE DEFENDANT DID POINT A GUN AT BOBBY ANDREWS, AND DID FORCIBLY STEAL AN UNDETERMINED AMOUNT OF CASH FROM HIM. THE DEFENDANT DID THEN SHOOT BOBBY ANDREWS IN THE LOWER TORSO CAUSING HIS DEATH. BOBBY ANDREWS WAS IN ECMC TRAUMA UNIT IN A COMATOSE STATE AFTER THE INCIDENT AND DID EXPIRE ON 2-28-06.

PLEASE TAKE NOTICE TO CPL 710.30 OF THE PEOPLE'S INTENT TO OFFER AT TRIAL EVIDENCE OF DEFENDANT'S STATEMENT TO A PUBLIC SERVANT AS REFERENCED ABOVE.
LM

Relationship: NONE

NOTICE: False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law.

| Mark J Vaughn (signature) | DET HOMICIDE | 6-28-06 |
|---|---|---|
| **Officer's\Complainant's Signature** | **Rank/Assignment** | **Date** |

Supporting Deposition(s) Attached? Yes [ ] No [X]

# City Of Buffalo - Department Of Police

## Homicide Squad

**To:** Lt. Kenneth Bienko
Homicide Squad

**From:** Det. Mark J. Lauber
Det. William Donovan
Homicide Squad

**Subject:** **File #06-033 Homicide of Bobby Andrews**
**Arrest of Demetrius McCray**

**Date:** 28 June 2006

Attn: Det/Sgt. James Lonergan
Homicide Squad

Sirs:

Continuing the investigation into the above captioned file, writer along with Det. Wm. Donovan did take subject Demetrius McCray in custody this date and charged him with PL 125.25 Murder 2nd. & 160.15 Robbery 1st. Subject McCray was taken into custody by members of the NY State Police, BCI assigned to Troop "B" in Malone, NY.

Refer to file for previous P-73 reports concerning the identification of Demetrius McCray. Based on these identifications made by witnesses it was decided that McCray would be arrested upon his release from the Chautegay Correctional Facility located in Malone, NY.

Your writer did arrange with Inv. Jim Bezio of the NYS Investigator General's office to apprehend McCray on an outstanding Buffalo City Court warrant #03351285. Writer and Detective Donovan then traveled to Malone to transport McCray back to Buffalo.

We arrived at Troop B barracks at about 1100hrs. where we found McCray in the custody of Sr. Investigator Peter Arcadi. We placed McCray in our handcuffs, retrieved his property and placed him in the rear seat of the marked patrol car for the ride back to Buffalo. Once we began the ride Det. Donovan read Miranda warnings to McCray verbatim from a rights card. McCray verbally acknowledged understanding his rights.

MJL

McCray asked why his girlfriend wasn't allowed to pay the $250.00 fine for him and what Judge he would appear in front of for the warrant. McCray stated he thought it was unnecessary for him to be brought back to Buffalo for a fine. At that time I informed McCray he had been implicated in an armed robbery. He did not ask any questions concerning the robbery. I told him that he had been identified as participating in an armed robbery in Buffalo late last year, first at "Pandora's Box" and then at the "Fountain Blue" bars. McCray stated he "knew of those 2 bars but had never been at either bar." McCray became silent again and closed his eyes. Shortly thereafter he asked for a light for his cigarette and then immediately smoked 2 cigarettes. We continued to drive in silence for several miles. McCray was asked if he wanted some food and he replied yes. We stopped at a Burger King and McCray ate a lunch of 2 Whoppers, fries and a drink. Once he had finished his meal I asked McCray if he wanted to talk about the robbery? He told me "there's nothing to talk about." I told him that witnesses had identified him as being the person who had robbed and shot someone in November of 2005. McCray told me "I'm not trying to be an asshole or nothing like that but I'll wait to talk to my lawyer." All questioning of McCray ceased at that time (1300hrs.) For the duration of the ride to Buffalo McCray did not ask a single question concerning the case we discussed. The only time he spoke was to request a light for his cigarettes.

We arrived in Buffalo at about 1700hrs. and after completing the paperwork McCray was booked and placed in the custody of the Erie County Holding Center. We then returned to the Homicide Squad to complete the investigation. Your office will be kept abreast of new developments as they occur.

Respectfully Submitted,

Mark J. Lauber

Det. Mark J. Lauber
Homicide Squad

BUFFALO CITY COURT OF ERIE COUNTY

|X| CPL 420.10 | | ARREST WARRANT | | BENCH WARRANT

COUNTY: ERIE DOCKET #: 2003ER004047T YEAR: 2003 PART: CASHIER 7

RECEIVED BUFFALO POLICE DEPT.

2003 JUL -7 AM 9:37

BUREAU OF IDENTIFICATION

IN THE NAME OF THE PEOPLE OF THE STATE OF NEW YORK:
TO ANY POLICE OFFICER IN THE STATE OF NEW YORK:

AN APPROPRIATE ACCUSATORY INSTRUMENT HAVING BEEN FILED WITH THIS COURT AGAINST THE DEFENDANT,

************************************************************************

DEFENDANT ARRESTING INFORMATION

351285

DEF NAME: MCCRAY,DEMETRIUS R
DEF ADD: 532 WINSPEAR BUFFALO NY PHONE:
DOB : 09/27/1979 AGE: 23 SEX: RACE: UNKNOWN
SS NO: - - HT: WT: EYE CLR: UNKN HR CLR: UNKN
OPR LIC NO: AKA:
ARR DATE : 03/03/2003 ARR PCT: SUM ISS DATE: / /
ARR/ISS OFCR: COLLIER,W SHIELD NO. :
TAX REG NO. : DEPT/AGENCY : BP COMD CODE :
NYSID NO. : DEFT. EMPLYR :
COMMENTS :

************************************************************************

IN THE CRIMINAL ACTION HEREIN CHARGING HIM WITH:
CPL 420.10

AND | | THE DEFENDANT NOT HAVING BEEN ARRAIGNED UPON THE ACCUSATORY INSTRUMENT BY WHICH THIS CRIMINAL ACTION AGAINST HIM WAS COMMENCED AND THIS COURT REQUIRING HIS APPEARANCE BEFORE IT FOR THE PURPOSE OF ARRAIGNMENT UPON THE ACCUSATORY INSTRUMENT SPECIFIED ABOVE.

| | THE DEFENDANT HAVING BEEN ARRAIGNED UPON THE ACCUSATORY INSTRUMENT BY WHICH THIS CRIMINAL ACTION AGAINST HIM WAS COMMENCED AND THIS COURT REQUIRING HIS APPEARANCE BEFORE IT IN THIS PENDING CRIMINAL ACTION.

| | THE DEFENDANT HAVING BEEN CONVICTED OF:
AND HAVING BEEN SENTENCED TO:
AND THE COURT REQUIRING HIS APPEARANCE BEFORE IT.

COPY

| | THE DEFENDANT HAVING BEEN SERVED WITH A SUMMONS, AND HAVING FAILED TO APPEAR AND THIS COURT REQUIRING HIS APPEARANCE BEFORE IT FOR THE PURPOSE OF ARRAIGNMENT UPON THE ACCUSATORY INSTRUMENT SPECIFIED ABOVE.

|X| THE DEFENDANT HAVING BEEN CONVICTED OF: VTL1174.A
AND HAVING BEEN SENTENCED TO: $250
AND HAVING FAILED TO PAY SAID FINE AND THE COURT
REQUIRING HIS APPEARANCE BEFORE IT.

YOU ARE THEREFORE COMMANDED FORTHWITH TO ARREST THE DEFENDANT NAMED ABOVE AND BRING HIM BEFORE THIS COURT WITHOUT UNNECESSARY DELAY. HOWEVER, WHEN A DIFFERENT PROCEDURE AFTER ARREST IS MANDATED BY LAW, YOU SHALL PROCEED IN COMPLIANCE WITH THAT MANDATE.

DATE: 06/30/2003 STATE OF NEW YORK

BY ORDER OF THE COURT:

JUDGE

RECOMMENDED BAIL:

# WARRANT / WANT FORM

☐ COUNTY-WIDE (FR. EW) WARRANT OR MISS. PERSON
☐ COUNTY, STATE, FEDERAL MISS. PERSON (FR. SW.)
☐ COUNTY,STATE/COUNTY, STATE, FEDERAL WARRANT (FR. FW.)

☐ WARRANT
☐ WANT

CANCEL ☐
MODIFY ☐

(FOR FILE USE ONLY)
03351285

## SECTION 1A - ENTER OR MODIFY PERSON INFORMATION (CONTROL UNIT USE ONLY)

| | | | | |
|---|---|---|---|---|
| 1. NAME (NAM) LAST, FIRST, M.I., SUFFIX: MCCRAY ,DEMETRIUS ,R | 2. D.O.B. (DOB): 09/27/1979 | 3. AGE: 23 | 4. RACE (RAC): BLACK | 5. SEX: MALE |
| 6. ADDRESS (ADR) NO. STREET SUFF. APT. NO.: 532 WINSPEAR | 7. CITY (CIT) CITY, STATE: BUFFALO ,NY | 8. ORA NO. (ORA): EI01 | 9. PERSON # (PO): 7485840 | |
| 10. HEIGHT (HGT): 5 FT 10 IN | 11. WEIGHT (WGT): 145 LBS | 12. BUILD (BLD): MEDIUM | 13. (EYE): BROWN | 14. HAIR (HA): BLACK |
| 15. SCARS, MARKS, (SMT): | | | | |
| 16. CITIZEN (CTZ): YES | 17. PLACE OF BIRTH (POB): BUFFALO ,NY | 18. OCCUPATION, OR EMPLOYER (OCC): | 19. MARITAL STATUS (MAR): | |
| 20. WARNING (HAZ): | | | | |
| 21. NYSID NO. (SID): 8183184Z | 22. FBI NO. (FBI): 806021AB1 | 23. SOCIAL SEC. NO. (SOC): 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 | 24. MUG NO. (MUG): 211468 | 25. MISC. NUMBER (MNO): |
| 26. ALIASES (AL 1) LAST, FIRST, M.I. SUFFIX: | 27. REMARKS (PR 1): | | | |
| 28. ALIASES (AL 2) LAST, FIRST, M.I. SUFFIX: | 29. REMARKS (PR 2): | | | |

## SECTION 1B - ENTER OR MODIFY WARRANT INFORMATION (CONTROL UNIT USE ONLY)

| | | | | |
|---|---|---|---|---|
| 30. WARRANT NO. (WAR): 03351285 | 31. TYPE (WTP): BENCH | 32. LAW CHARGE (LCD): CPL 420.10 | CAT: V; CNT: 1 | 33. SENT TO OTHER AGENCY (WOA): |
| 34. ISSUING AGENCY ORI (WIA): NY014011J | 35. DATE ISSUED (DOW): 06/30/2003 | 36. LOCATION (RSP): 16TH PRCT | 37. DATE (WLD): 07/07/2003 | 38. COMP. NAME OR DOCKET NO. (DKT): 03T04047 |
| 39. REMARKS (WR1): | 40. REMARKS (WR2): | | | |

## SECTION 1C - ENTER OR MODIFY WARRANT ON STATE AND/OR FEDERAL SYSTEMS

| | | | | | | |
|---|---|---|---|---|---|---|
| 41. MSG KEY (MKE) | 42. ORIGINATING CASE AGENCY (OCA) | 43. OFFENSE CODE (OFF) | 44. EXTRADITION CODE (EXT) | 45. VICTIM (VIC) | 46. CRIM. HIST. CK (CCH) | 47. RECIDIVIST (RCV) |
| 48. PREDICATE FELON (PFL) | 49. OPERATOR LICENSE NO. (OLN) | 50. OPER. LIC. STATE (OLS) | 51. OPER. LIC. YEAR EXP. (OLY) | | | |
| 52. VEHICLE LICENSE NO. (LIC) | 53. VEH. LIC. STATE (LIS) | 54. VEH. LIC. YEAR EXP. (LIY) | 55. VEH. LIC. TYPE (LIT) | 56. MISC. NUMBER(S) (MNU) | | |
| 57. VEHICLE IDENT. NO. (VIN) | 58. VEH. YEAR (VYR) | 59. VEH. MAKE (VMA) | 60. VEH. MODEL (VMO) | 61. VEH. STYLE (VST) | 62. VEH. COLOR (VCO) | |
| 63. NYIS NCIC MISCELLANEOUS (75 POSITIONS) (MIS) | | | | | | |

## SECTION 2 - ADD OR MODIFY PERSON INFORMATION (INVESTIGATING OFFICER ONLY)

| | | | | | |
|---|---|---|---|---|---|
| 64. ADDRESS (ADR) NO. STREET, SUFF., APT. NO. | 65. CITY (CIT) STATE | 66. D.O.B. (DOB) | 67. AGE | 68. RACE (RAC) | 69. SEX |
| 70. HEIGHT (HGT) | 71. WEIGHT (WGT) | 72. BUILD (BLD) | 73. EYE | 74. HAIR (HA) | 75. SCARS, MARKS (SMT) |
| 76. OCCUPATION, OR EMPLOYER (OCC) | 77. MISC. NUMBER (MNO) | 78. WARNING (HAZ) | | | |
| 79. ALIASES (AL___) LAST, FIRST, M.I. SUFFIX | 80. REMARKS (PR___) | | | | |
| 81. ALIASES (AL___) LAST, FIRST, M.I. SUFFIX | 82. REMARKS (PR___) | | | | |

## SECTION 3 - CURRENT STATUS OF WARRANT

| 36. SENT TO (RSP) | 37. DATE SENT (WLD) MO | DAY | YEAR | 83. DATE OF ACTION MO | DAY | YEAR | 84. ACTION | 85. OFFICER'S NAME |
|---|---|---|---|---|---|---|---|---|
| E | 7 | 7 | 03 | | | | | mo |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## SECTION 4 - MW

86. FINAL DISPOSITION OF WARRANT (WWD)

___ A VACATED - LEGIT ABSENCE
___ B VACATED - NO MORE EFFORT
___ C VACATED - DECEASED
___ D VACATED - UNKNOWN REASON
___ E ARRESTED - ON WARRANT INV
___ F ARRESTED - OTHER CHARGES
___ G VOLUNTARY SURRENDER
___ I MISSING PERS. REC. INVALID
___ J MISSING PERSON FOUND
___ K ARRESTED - FIELD HIT
___ Z CANCELLED - OTHER

87. DATE OF DISPOSITION (WDD)

WARRANT NO. 03351285

**SENT TO - CODES (36)**

E - CRIME PREVENTION
F - CORRESPONDENCE
G - NARCOTICS
H - ACCIDENT INVEST
I - SPECIAL FRAUD
J - ID BUREAU
K - VICE
L - SHERIFF
M - HOMICIDE
N - ARSON
O - DETECTIVE DIV
P - ROBBERY
Q - PCT. 10
R - PCT. 11
S - PCT. 12
T - PCT. 13
U - PCT. 15
V - PCT. 16
W - PCT. 17
X - NO SEPARATE DEPT.
Z - OTHER
3 - PCT. 3
4 - PCT. 4
5 - PCT. 5
6 - PCT. 6
7 - PCT. 7
8 - PCT. 8
9 - PCT. 9

**WARRANT TYPE CODES (31)**

A - BENCH
B - COUNTY COURT
C - FUGITIVE
D - INDICTMENT
E - FAMILY COURT
F - JUVENILE
G - MATERIAL WITNESS
H - NARCOTICS
I - NON-APPEARANCE
J - OUT OF TOWN
K - TRAFFIC
L - WANT/PICK UP
Z - OTHER

CPS-IS-313-C (12/97)

# Homicide #06-033 Bobby Andrews
# Date: original incident 11/13/05, expired on 02/28/06.
# Location: 953 Kensington Ave.

## Summary:

On November 13, 2005 at 0326hrs. while at 953 Kensington Ave. outside of the "Fountain Bleu" nightclub victim Bobby Andrews was shot during an armed robbery. Victim was shot once in the abdomen at close range with an unknown caliber (possible .38 or .357 caliber) by a lone subject. Victim was in the company of 3 females. Each of the females and another witness located during a canvass were interviewed and statements obtained by Homicide Detectives Lauber, Walsh, Lema & Mordino. Based on the interviews a possible suspect identified as a black male, dark skin, 5'6" or 5'7", thin build with first name of "Demetrius" who lives or used to live on Vangorder St. was developed.

Victim Andrews was taken to the ECMC where he was taken for emergency surgery for a gunshot wound to the torso. Andrews had his left leg removed due to his injuries; he then lapsed into a coma and was unresponsive. In February of 2006 Andrews regained consciousness. He was interviewed while at the ECMC Trauma ICU, his recollection was poor and he did not know his attacker. Shortly after he regained consciousness he died from his injuries. Writer then developed a suspect identified as "Demetrius McCray". McCray was positively identified by one witness via a photo-array. Numerous attempts to have the 3 remaining witness view the array have been unsuccessful, they have been reluctant to be re-interviewed and have in fact failed to respond to our attempts to establish contact and have failed to appear at scheduled meetings. This has hampered our efforts to successfully clear this case. McCray was picked up later in the morning of the 13th of November by the Town of Tonawanda PD and charged with DWI. A review of their case has been helpful; a booking video obtained shows that subject McCray wearing clothing as described by the witnesses. McCray was on NY State parole at the time of the arrest and was violated in January of 2006 and sentenced to a term in the Chautegauy CF which is located on the Vermont-NY border. He is scheduled to be released in June of 2006. ADA C. Belling has been assigned the case.

This investigation will continue with Grand Jury review scheduled for an undetermined date this summer.

Det. MJ Lauber
Homicide Squad

STATE OF NEW YORK
COUNTY COURT : COUNTY OF ERIE

---

THE PEOPLE OF THE STATE OF NEW YORK

vs. Indictment No. 2006-00711

DEMETRIUS MC CRAY,

Defendant

---

***HON. FRANK A. SEDITA, III***
District Attorney of Erie County
(***Michael J. Hillery, Esq***., of counsel)
Attorney for the People

***DEMETRIUS McCRAY,*** Defendant, *pro se*

**MEMORANDUM DECISION AND ORDER**

**DiTULLIO, J.**

Defendant, having been convicted of two counts of robbery in the first degree and one count of criminal possession of a weapon in the second degree on August 21, 2007, and having moved for an order pursuant to sections 440.10 and 440.20 of the Criminal Procedure Law vacating the judgment of conviction and setting aside the sentence, and said motion having been denied by order of the court dated February 21, 2014, and defendant now having made an application for an order pursuant to provisions of CPL 460.50 and 530.50 both staying or suspending the execution of the judgment of conviction pending the determination of his appeal from the order denying his CPL 440.10/440.20 motion and either releasing him on his own recognizance or fixing bail, and it appearing that the Appellate Division of Supreme Court, Fourth Department has

issued an order denying defendant a certificate of leave to appeal (Fahey, Associate Judge, Appellate Division, Fourth Department, June 30, 2014), thereby rendering defendant's motion moot,

**NOW,** upon reading and filing the notice of motion and the supporting affidavit of defendant dated May 15, 2014, and the letter of District Attorney of Erie County by Michael J. Hillery, Assistant District Attorney, dated June 23, 2014, in opposition to the motion of defendant, and due deliberation having been had thereon, it is

**ORDERED, ADJUDGED AND DECREED** that the said motion be and is hereby denied in all respects without a hearing.

**DATED:** Buffalo, New York
March 20, 2015

Sheila A. DiTullio

**HON. SHEILA A. DiTULLIO**
Erie County Court Judge

**GRANTED**

MAR 20 2015

BY Madonna M Barber
**MADONNA M. BARBER**
**COURT CLERK**

# Repository Inquiry

**Case No:1 NYSID Number - 08183184Z - PRR**

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

## NYS Criminal History Information

### Cycle 8
### Violent Felony Offense

**Arrest/Charge Information**
Arrest Date: June 28, 2006 11:00 am (11:00:00)

| | |
|---|---|
| **Fax Number:** | ED15639 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | November 13, 2005 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 58132882H |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | BUF000526 |
| **Arrest Number:** | 06837173 |

**Arrest Charges:**

-- Murder:Intention
PL 125.25 Sub 01 Class A Felony Degree 2 NCIC 0999

-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
PL 125.25 Sub 03 Class A Felony Degree 2 NCIC 0999

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony Degree 1 NCIC 1299

-- Robbery-1st:Cause Serious Injury
PL 160.15 Sub 01 Class B Felony Degree 1 NCIC 1299

**Court Case Information**

**--Court:** Buffalo City Court **Case Number:** 2006ER010306F

June 29, 2006
**Initial Report Of Docket Number**

June 29, 2006
**Arraigned**
-- Murder:Intention
PL 125.25 Sub 01 Class A Felony NCIC 0999

-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
PL 125.25 Sub 03 Class A Felony NCIC 0999

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony NCIC 1299

-- Robbery-1st:Cause Serious Injury
PL 160.15 Sub 01 Class B Felony NCIC 1299

July 24, 2006
**Transferred To Superior Court**

-- Murder:Intention
PL 125.25 Sub 01 Class A Felony NCIC 0999

-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
PL 125.25 Sub 03 Class A Felony NCIC 0999

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony NCIC 1299

-- Robbery-1st:Cause Serious Injury
PL 160.15 Sub 01 Class B Felony NCIC 1299

**--Court:** Erie County Court **Case Number:** 00711-2006

July 18, 2006
**Initial Report Of Indictment Number**

July 18, 2006
**Arraigned**

-- Murder:Intention
PL 125.25 Sub 01 Class A Felony NCIC 0999

-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
PL 125.25 Sub 03 Class A Felony NCIC 0999

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony NCIC 1299

-- Robbery-1st:Cause Serious Injury
PL 160.15 Sub 01 Class B Felony NCIC 1299

-- Criminal Possession Weapon-2nd Degree:Loaded Firearm
PL 265.03 Sub 02 Class C Felony NCIC 5299

August 21, 2007
**Convicted Upon Verdict After Jury Trial** - Conviction Date: August 21, 2007

-- Robbery-1st:Forcible Theft Armed With A Deadly Weapon
PL 160.15 Sub 02 Class B Felony NCIC 1299

**Sentenced to:** Term: 25 Year(s)
**Sentence Date:** November 07, 2007

-- Robbery-1st:Cause Serious Injury
PL 160.15 Sub 01 Class B Felony NCIC 1299

**Sentenced to:** Term: 25 Year(s)
**Sentence Date:** November 07, 2007

-- Criminal Possession Weapon-2nd Degree:Loaded Firearm
PL 265.03 Sub 02 Class C Felony NCIC 5299

**Sentenced to:** Term: 15 Year(s)
**Sentence Date:** November 07, 2007

November 07, 2007
**Acquitted By Jury**

-- Murder:Intention
PL 125.25 Sub 01 Class A Felony NCIC 0999

-- Murder-2nd Deg: Cause Death Of Non-participant During Specified Felony
PL 125.25 Sub 03 Class A Felony NCIC 0999

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

**Incarceration Admission Information**

| | |
|---|---|
| **Admission Date:** | November 13, 2007 |
| **Admission Reason:** | New Commitment |
| **Agency:** | NYS DOCCS Wende Correctional Facility |
| **State Inmate ID No.:** | 07B3581 |
| **Sentence to:** | Term: 25 Year(s); |
| **Max Expiration Date:** | June 24, 2031 |
| **Conditional Release Date** | November 26, 2027 |

**Admission Charges:**

-- Robbery-1st Degree
PL 160.15 Class B Felony Degree 1 NCIC 1299

---

**Cycle 7**

**Arrest/Charge Information**

Arrest Date: November 13, 2005 05:20 am (05:20:00)

| | |
|---|---|
| **Fax Number:** | ED25189 |
| **Place of Arrest:** | Town of Tonawanda, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | November 13, 2005 |
| **Place of Crime:** | Town of Tonawanda, Erie County, NY |
| **Criminal Justice Tracking No.:** | 57729825Z |
| **Arresting Agency:** | Tonawanda Town Police Department |
| **Arresting Officer ID:** | TTO4929 |
| **Arrest Number:** | 06837173 |

**Arrest Charges:**

-- Driving While Intoxicated- 1st Offense
VTL 1192 Sub 03 Class U Misdemeanor Degree 0 NCIC 5404

-- Moved From Lane Unsafely
VTL 1128 Sub 0A Infraction Degree 0 NCIC 5499

## Court Case Information

**--Court:** Tonawanda Town Court **Case Number:** 05110746

November 30, 2005
**Initial Report Of Docket Number**

-- Driving While Intoxicated- 1st Offense
VTL 1192 Sub 03 Class U Misdemeanor NCIC 5404

-- Moved From Lane Unsafely
VTL 1128 Sub 0A Infraction NCIC 5499

March 15, 2006
**Convicted Upon Plea Of Guilty**

-- Driving While Ability Impaired By The Consumption of Alcohol
VTL 1192 Sub 01 Infraction NCIC 5404

**Reduced From:**

-- Driving While Intoxicated- 1st Offense
VTL 1192 Sub03 Class U Misdemeanor NCIC 5404

**Sentenced to:** Term: 30 Day(s) License Suspended 90 Day(s)
**Sentence Date:** March 15, 2006

March 15, 2006
**Dismissed**

-- Moved From Lane Unsafely
VTL 1128 Sub 0A Infraction NCIC 5499

---

## Cycle 6
## Violent Felony Offense

### Arrest/Charge Information

Arrest Date: December 03, 1999 12:00 am (00:00:00)

| | |
|---|---|
| **Place of Arrest:** | Erie County, NY |
| **Date of Crime:** | June 10, 1999 |
| **Place of Crime:** | Erie County, NY |
| **Criminal Justice Tracking No.:** | 28646438Y |
| **Arresting Agency:** | Erie County District Attorney |

**Arrest Charges:**

-- Attempted Murder:Intention
PL 125.25 Sub 01 Class B Felony Degree 2 NCIC 0999

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony Degree 2 NCIC 1399

### Court Case Information

**--Court:** Erie County Court **Case Number:** 1645-99

December 03, 1999
**Initial Report Of Indictment Number**

-- Attempted Murder:Intention
PL 125.25 Sub 01 Class B Felony NCIC 0999

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony NCIC 1399

March 13, 2000
**Convicted Upon Plea Of Guilty** - Conviction Date: March 13, 2000

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony NCIC 1399

**Sentenced to:** Term: 42 Month(s)
**Sentence Date:** May 05, 2000

May 05, 2000
**Dismissed**

-- Attempted Murder:Intention
PL 125.25 Sub 01 Class B Felony NCIC 0999

**--Court:** Buffalo City Court **Case Number:** 99F-23381

December 06, 1999

**Initial Report Of Docket Number**

December 06, 1999
**Arraigned**
-- Assault-1st:Intent To Cause Serious Injury With Weapon
PL 120.10 Sub 01 Class B Felony NCIC 1399

December 09, 1999
**Dismissed CPL160.50**
-- Assault-1st:Intent To Cause Serious Injury With Weapon
PL 120.10 Sub 01 Class B Felony NCIC 1399

June 23, 2000
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

**--Court:** Erie County Supreme Court **Case Number:** 1645-99

**Arraigned**
-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony NCIC 1399

May 05, 2000
**Convicted Upon Plea Of Guilty**
-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony NCIC 1399

**Sentenced to:** Term: 42 Month(s)
**Sentence Date:** May 05, 2000

**Interim release Status:** Remanded without bail

**Incarceration/Supervision Information**

**Incarceration Admission Information**

**Admission Date:** June 05, 2000
**Admission Reason:** New Commitment
**Agency:** NYS DOCCS Elmira Correctional Facility
**State Inmate ID No.:** 00B1113
**Sentence to:** Term: 42 Month(s);
**Max Expiration Date:** May 29, 2003
**Conditional Release Date** November 27, 2002

**Incarceration Release Information**

**Release Date:** November 27, 2002
**Release Reason:** Conditional Release to Div. Of Parole
**Agency:** NYS DOCCS Elmira Correctional Facility
**Inmate ID Number:** 00B1113

**Parole Release Information**

| | |
|---|---|
| **Received by Parole on:** | November 27, 2002 |
| **Release Type:** | Initial Release to Parole |
| **Max Expiration Date:** | November 27, 2005 |
| **Supervision Office:** | Buffalo |
| **Parole ID Number:** | 00B1113 |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | June 10, 2003 |
| **Discharge Type:** | Revoked-PV (Parole Violation) |
| **Parole ID Number:** | 00B1113 |

**Incarceration Admission Information**

| | |
|---|---|
| **Admission Date:** | June 10, 2003 |
| **Admission Reason:** | Ret-Parole Violator |
| **Agency:** | NYS DOCCS Elmira Correctional Facility |
| **State Inmate ID No.:** | 00B1113 |
| **Sentence to:** | Term: 42 Month(s); |
| **Max Expiration Date:** | May 28, 2005 |

**Incarceration Release Information**

| | |
|---|---|
| **Release Date:** | September 03, 2004 |
| **Release Reason:** | Paroled to Division of Parole |
| **Agency:** | NYS DOCCS Wende Correctional Facility |
| **Inmate ID Number:** | 00B1113 |

**Parole Release Information**

| | |
|---|---|
| **Received by Parole on:** | September 03, 2004 |
| **Release Type:** | Reparoled |
| **Max Expiration Date:** | May 28, 2006 |
| **Supervision Office:** | Buffalo |
| **Parole ID Number:** | 00B1113 |

**Parole Discharge Information**

| | |
|---|---|
| **Discharged from Parole on:** | January 11, 2006 |
| **Discharge Type:** | Revoked-PV (Parole Violation) |
| **Parole ID Number:** | 00B1113 |

**Incarceration Admission Information**

| | |
|---|---|
| **Admission Date:** | January 11, 2006 |
| **Admission Reason:** | Ret-Parole Violator |
| **Agency:** | NYS DOCCS Wende Correctional Facility |
| **State Inmate ID No.:** | 00B1113 |
| **Sentence to:** | Term: 42 Month(s); |
| **Max Expiration Date:** | June 28, 2006 |
| **Conditional Release Date** | September 06, 2006 |

**Admission Charges:**

-- Assault -2nd Degree
PL 120.05 Class D Felony Degree 2 NCIC 1399

**Incarceration Release Information**

| | |
|---|---|
| **Release Date:** | June 28, 2006 |
| **Release Reason:** | Maximum Expiration |
| **Agency:** | NYS DOCCS Elmira Correctional Facility |
| **Inmate ID Number:** | 00B1113 |

---

## Cycle 5

**Arrest/Charge Information**
Arrest Date: September 07, 1998 05:00 pm (17:00:00)

| | |
|---|---|
| **Fax Number:** | BU13262 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 07, 1998 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 28420187L |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | 016828 |
| **Arrest Case Number:** | 211468 |
| **Arrest Number:** | E28420187 |

**Arrest Charges:**

-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
PL 221.10 Sub 01 Class B Misdemeanor Degree 5 NCIC 3562

**Court Case Information**

**--Court:** Buffalo City Court **Case Number:** 98M-18076

September 09, 1998
**Initial Report Of Docket Number**

September 14, 1998
**Arraigned**
-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
PL 221.10 Sub 01 Class B Misdemeanor NCIC 3562

September 14, 1998
**Adjourned In Contemplation Of Dismissal Marijuana CPL170.56/210.46**

March 15, 1999
**Dismissed After Marijuana Adjournment Period CPL170.56/210.46**
-- Criminal Possession Of Marihuana-5th Degree:In A Public Place
PL 221.10 Sub 01 Class B Misdemeanor NCIC 3562

March 22, 1999
**Sealed CPL160.50 ACD**

---

**Cycle 4**
**Violent Felony Offense**
**Youthful Offender.**

**Arrest/Charge Information**
Arrest Date: September 22, 1996 04:30 am (04:30:00)

| | |
|---|---|
| **Fax Number:** | BU13627 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Crime In Progress |
| **Date of Crime:** | September 22, 1996 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 27746276Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | 017585 |
| **Arrest Case Number:** | 211468 |
| **Arrest Number:** | E27746276 |

**Arrest Charges:**

-- Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub 04 Counts: 2 Class D Felony Degree 3 NCIC 5299

**Court Case Information**

**--Court:** Buffalo City Court **Case Number:** 96F-18477

September 23, 1996
**Initial Report Of Docket Number**

September 23, 1996
**Arraigned**
-- Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub 04 Counts: 2 Class D Felony NCIC 5299

October 04, 1996
**Held For Grand Jury**
-- Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub 04 Counts: 2 Class D Felony NCIC 5299

**--Court:** Erie County Court **Case Number:** 2347-96

November 22, 1996
**Initial Report Of Indictment Number**
-- Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub 04 Counts: 2 Class D Felony NCIC 5299

December 19, 1996
**Adjudicated Youthful Offender After Plea Of Guilty** - Conviction Date: December 19, 1996

-- Attempted Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub 04 Class E Felony NCIC 5299

**Reduced From:**

-- Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub04 Class D Felony NCIC 5299

**Sentenced to:** Term: 1 Year(s)
**Sentence Date:** January 30, 1997

January 30, 1997
**Dismissed**

-- Criminal Possession Loaded Firearm-3rd Degree
PL 265.02 Sub 04 Class D Felony NCIC 5299

**Interim release Status:** Remanded without bail

---

**⬇ Cycle 3 ⬆**
**Violent Felony Offense**
**Youthful Offender.**

**Arrest/Charge Information**
Arrest Date: September 07, 1996 04:00 pm (16:00:00)

| | |
|---|---|
| **Fax Number:** | BU12890 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | September 07, 1996 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 27737484Q |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | 016649 |
| **Arrest Case Number:** | 211468 |
| **Arrest Number:** | E27737484 |

**Arrest Charges:**

-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony Degree 2 NCIC 1399

**Court Case Information**

**--Court:** Buffalo City Court **Case Number:** 96F-17620

September 08, 1996

**Initial Report Of Docket Number**

September 08, 1996
**Arraigned**
-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony NCIC 1399

September 12, 1996
**Held For Grand Jury**
-- Assault 2nd Deg:Intent To Cause Physical Injury with Weapon/Instrument
PL 120.05 Sub 02 Class D Felony NCIC 1399

**--Court:** Erie County Court **Case Number:** 2197-96

September 16, 1996
**Initial Report Of Indictment Number**

December 19, 1996
**Adjudicated Youthful Offender After Plea Of Guilty** - Conviction Date: December 19, 1996
-- Assault 3rd Degree: With Intent To Cause Physical Injury
PL 120.00 Sub 01 Class A Misdemeanor NCIC 1399

**Sentenced to:** Term: 1 Year(s)
**Sentence Date:** January 30, 1997

**--Court:** Erie County Supreme Court **Case Number:** 2197-96

September 16, 1996
**Initial Report Of Indictment Number**

**Interim release Status:** Remanded without bail

---

## 🡇 Cycle 2 🡅
## Violent Felony Offense

### Arrest/Charge Information
Arrest Date: January 20, 1996 11:55 pm (23:55:00)

| | |
|---|---|
| **Fax Number:** | BU997 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | January 20, 1996 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 20073533M |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | 001286 |
| **Arrest Case Number:** | 211468 |
| **Arrest Number:** | E20073533 |

**Arrest Charges:**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony Degree 3 NCIC 3599

-- Criminal Possession Weapon-2nd Degree
PL 265.03 Class C Felony Degree 2 NCIC 5212

-- Criminal Possession Narcotic Drug-4th Degree
PL 220.09 Sub 01 Class C Felony Degree 4 NCIC 3599

-- Criminal Possession Weapon-3rd:Bomb/Silencer/Machine-gun
PL 265.02 Sub 02 Class D Felony Degree 3 NCIC 5212

-- Criminal Possession Weapon-3rd:Defaced For Concealment
PL 265.02 Sub 03 Class D Felony Degree 3 NCIC 5212

## Court Case Information

**--Court:** Buffalo City Court **Case Number:** 96F-01417

January 21, 1996
**Initial Report Of Docket Number**

January 21, 1996
**Arraigned**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

-- Criminal Possession Weapon-2nd Degree
PL 265.03 Class C Felony NCIC 5212

-- Criminal Possession Narcotic Drug-4th Degree
PL 220.09 Sub 01 Class C Felony NCIC 3599

-- Criminal Possession Weapon-3rd:Bomb/Silencer/Machine-gun
PL 265.02 Sub 02 Class D Felony NCIC 5212

-- Criminal Possession Weapon-3rd:Defaced For Concealment
PL 265.02 Sub 03 Class D Felony NCIC 5212

-- Resisting Arrest
PL 205.30 Class A Misdemeanor NCIC 4801

-- Unlawful Possession Of Marihuana
PL 221.05 Violation NCIC 3562

February 05, 1996
**Transferred To Superior Court**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

-- Criminal Possession Weapon-2nd Degree
PL 265.03 Class C Felony NCIC 5212

-- Criminal Possession Narcotic Drug-4th Degree
PL 220.09 Sub 01 Class C Felony NCIC 3599

-- Criminal Possession Weapon-3rd:Bomb/Silencer/Machine-gun
PL 265.02 Sub 02 Class D Felony NCIC 5212

-- Criminal Possession Weapon-3rd:Defaced For Concealment
PL 265.02 Sub 03 Class D Felony NCIC 5212

-- Resisting Arrest
PL 205.30 Class A Misdemeanor NCIC 4801

-- Unlawful Possession Of Marihuana
PL 221.05 Violation NCIC 3562

**Interim release Status:** Remanded without bail

---

## Cycle 1
## Youthful Offender.

### Arrest/Charge Information
Arrest Date: December 28, 1995 08:00 pm (20:00:00)

| | |
|---|---|
| **Fax Number:** | BU17211 |
| **Place of Arrest:** | City of Buffalo, Erie County, NY |
| **Arrest Type:** | Complaint |
| **Date of Crime:** | December 28, 1995 |
| **Place of Crime:** | City of Buffalo, Erie County, NY |
| **Criminal Justice Tracking No.:** | 20089433N |
| **Arresting Agency:** | Buffalo City Police Department |
| **Arresting Officer ID:** | 021918 |
| **Arrest Case Number:** | 211468 |
| **Arrest Number:** | E20089433 |

**Arrest Charges:**

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Class B Felony Degree 3 NCIC 3599

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class A Misdemeanor Degree 7 NCIC 3599

-- Unlawful Possession Of Marihuana
PL 221.05 Violation Degree 0 NCIC 3562

## Court Case Information

**--Court:** Buffalo City Court **Case Number:** 95F-23411

December 29, 1995
**Initial Report Of Docket Number**

December 29, 1995
**Arraigned**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Class B Felony NCIC 3599

-- Criminal Possession Controlled Substance -5th:Cocaine 500 Milligrams
PL 220.06 Sub 05 Class D Felony NCIC 3532

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class A Misdemeanor NCIC 3599

-- Unlawful Possession Of Marihuana
PL 221.05 Violation NCIC 3562

September 13, 1996
**Transferred To Superior Court**

-- Criminal Possession Contr Sub-3rd:Narc Drug Intent To Sell
PL 220.16 Sub 01 Class B Felony NCIC 3599

-- Criminal Sale Controlled Substance-3rd:Narcotic Drug
PL 220.39 Sub 01 Class B Felony NCIC 3599

-- Criminal Possession Controlled Substance -5th:Cocaine 500 Milligrams
PL 220.06 Sub 05 Class D Felony NCIC 3532

-- Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class A Misdemeanor NCIC 3599

-- Unlawful Possession Of Marihuana
PL 221.05 Violation NCIC 3562

**--Court:** Erie County Supreme Court **Case Number:** 2196-96

December 19, 1996
**Initial Report Of Indictment Number**

-- Attempted Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class B Misdemeanor NCIC 3532

January 30, 1997
**Adjudicated Youthful Offender After Plea Of Guilty**

-- Attempted Criminal Possession Controlled Substance- 7th Degree
PL 220.03 Class B Misdemeanor NCIC 3532

**Sentenced to:** Term: 90 Day(s)
**Sentence Date:** January 30, 1997

**Interim release Status:** Released on own recognizance (ROR)

---

## Other History Related Information

There is no Other History Related Information associated with this history.

---

## Job/License Information

There is no Job/License Information associated with this history.

---

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

---