AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETRIUS MCCRAY | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 15-CV-425W |
| v. | |
| FRANK SEDITA,III, ET AL | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's request to proceed informa pauperis is Granted and that the complaint is Dismissed with prejudice and leave to appeal to the Court of Appeals as a poor person is Denied.

Date: October 16, 2015          MICHAEL J. ROEMER, CLERK

                                By: s/ Kim McMillan
                                     Deputy Clerk